7/12/22  4:08PM

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF MISSOURI |
| Case number *(if known)* _____   Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Center Ethanol Company, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
20-5193109

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 600 Mason Ridge Center Drive, Ste 105  St. Louis, MO 63141 |  |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Saint Louis | **Location of principal assets, if different from principal place of business** |
| County | 231 Monsanto Ave. East Saint Louis, IL 62201 |
|  | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

Debtor  __Center Ethanol Company, LLC__        Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  Center Ethanol Company, LLC _____  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  Center Ethanol Company, LLC _____  Case number (*if known*) _____

    ☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000    ■ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | Center Ethanol Company, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 12, 2022
              MM / DD / YYYY

**X** /s/ Adam R. Parker                                         Adam R. Parker
Signature of authorized representative of debtor                 Printed name

Title   Manager

**18. Signature of attorney**

**X** /s/ A. Thomas DeWoskin                                     Date   July 12, 2022
Signature of attorney for debtor                                        MM / DD / YYYY

A. Thomas DeWoskin 25320
Printed name

Danna McKitrick, P.C.
Firm name

7701 Forsyth Blvd.
Suite 1200
St. Louis, MO 63105
Number, Street, City, State & ZIP Code

Contact phone   314-889-7128       Email address   tdewoskin@dmfirm.com

25320 MO
Bar number and State

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Center Ethanol Company, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Total Grain Marketing, LLC<br>Attn: Kim Holsapple<br>405 South Banker Street<br>Effingham, IL 62401 | | Corn | | | | $689,425.86 |
| Trinity Industries Leasing Company<br>Attn: Austin Campbell<br>14221 Dallas Pkwy, Ste 1100<br>Dallas, TX 75254 | | Leased rail cars | | | | $56,400.00 |
| Litchfield Farmers Grain & Livestock Co.<br>Attn: Spencer Janssen<br>503 W Tyler Ave<br>Litchfield, IL 62056 | | Corn | | | | $54,864.33 |
| Lallemand Specialties, Inc.<br>Attn: Vania Ludwig<br>PO Box 771566<br>Chicago, IL 60694-1566 | | Chemicals | | | | $25,251.11 |
| Ameren Illinois<br>300 Liberty<br>Peoria, IL 61602 | | electric utility | Disputed | | | $5,139.87 |
| AT&T<br>227 W Monroe St<br>chicago, IL 60606 | | Company phone lines | | | | $5,044.55 |
| Illinois EPA<br>Attn: Bill Marr<br>PO Box 19276<br>Springfield, IL 62794 | | Automatic bill annual site fee, but plant shut down. | Disputed | | | $4,907.00 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 1

7/12/22  4:08PM

Debtor  Center Ethanol Company, LLC
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wiese USA<br>Attn: Fred Appel<br>9570 East Eagle Court<br>Mount Vernon, IL 62864 | | Equipment repairs | | | | $3,245.00 |
| Simmons Bank<br>9420 Manchester Rd<br>Rock Hill, MO 63119 | | Company credit card | | | | $2,119.65 |
| DTN<br>11400 Rupp Drive<br>Burnsville, MN 55337 | | Web hosting services | | | | $746.00 |

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Eastern District of Missouri

In re   Center Ethanol Company, LLC                                                    Case No.
                                              Debtor(s)                                Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept fee deposit toward hourly billing | $ 11,262.00 |
   | Prior to the filing of this statement I have received | $ 11,262.00 |
   | Balance Due | $ 0.00 |

2. $ __All__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy, including rights and duties as Debtor;
   b. Preparation and filing of any petition, schedules, statement of affairs, pleadings and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any other required court appearances;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. Other issues which may arise concerning the Ch. 11 case.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

 July 12, 2022                                          /s/ A. Thomas DeWoskin
 *Date*                                                 A. Thomas DeWoskin 25320
                                                        *Signature of Attorney*
                                                        Danna McKitrick, P.C.
                                                        7701 Forsyth Blvd.
                                                        Suite 1200
                                                        St. Louis, MO 63105
                                                        314-889-7128  Fax: 314-725-6592
                                                        tdewoskin@dmfirm.com
                                                        *Name of law firm*

# United States Bankruptcy Court
### Eastern District of Missouri

In re: Center Ethanol Company, LLC
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of  2  page(s) and is true, correct and complete.

/s/ Adam R. Parker
Adam R. Parker/Manager
Signer/Title

Dated: July 12, 2022

L.F. 2 - 2/2021

```
Ameren Illinois
300 Liberty
Peoria, IL 61602

AT&T
227 W Monroe St
chicago, IL 60606

Center Capital Company, LLC
600 Mason Ridge Center Drive, Ste 105
Saint Louis, MO 63141

Center Investment Company, LLC
600 Mason Ridge Center Drive, Ste 105
Saint Louis, MO 63141

Chaos Financial, LLC
600 Mason Ridge Center Drive, Ste 105
Saint Louis, MO 63141

Illinois EPA
Attn: Bill Marr
PO Box 19276
Springfield, IL 62794

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

KDP CEC LLC
600 Mason Ridge Center Drive, Ste 105
Saint Louis, MO 63141

KDP Rev. Trust
600 Mason Ridge Center Drive, Ste 105
Saint Louis, MO 63141

Lallemand Specialties, Inc.
Attn: Vania Ludwig
PO Box 771566
Chicago, IL 60694-1566

Litchfield Farmers Grain & Livestock Co.
Attn: Spencer Janssen
503 W Tyler Ave
Litchfield, IL 62056

Sauget Bio, LLC
600 Mason Ridge Center Drive, Ste 105
Saint Louis, MO 63141

Simmons Bank
9420 Manchester Rd
Rock Hill, MO 63119
```

```
Total Grain Marketing, LLC
Attn:  Kim Holsapple
405 South Banker Street
Effingham, IL 62401

Trinity Industries Leasing Company
Attn:  Austin Campbell
14221 Dallas Pkwy, Ste 1100
Dallas, TX 75254

Wiese USA
Attn:  Fred Appel
9570 East Eagle Court
Mount Vernon, IL 62864
```

7/12/22 4:08PM

# United States Bankruptcy Court
### Eastern District of Missouri

In re   Center Ethanol Company, LLC
Debtor(s)

Case No.
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Center Ethanol Company, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 12, 2022
Date

/s/ A. Thomas DeWoskin
A. Thomas DeWoskin 25320
Signature of Attorney or Litigant
Counsel for  Center Ethanol Company, LLC
Danna McKitrick, P.C.
7701 Forsyth Blvd.
Suite 1200
St. Louis, MO 63105
314-889-7128 Fax:314-725-6592
tdewoskin@dmfirm.com